JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-13 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE TO MARCH 12, |
| v. | ) 2013, AT 9:15 A.M. |
| MARIO GALINDO-CUEVAS, | ) Date:  March 7, 2013 ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 7, 2013, at 10:00 a.m., and reset this case for guilty plea and sentencing on March 12, 2013, at 9:15 a.m.

Counsel for defendant requires further time to review the plea agreement with his client, and to confer.

The parties further stipulate that the Court should exclude the period from the date of this order through March 12, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's

1

1 request for a continuance outweigh the best interest of the public and
2 the defendant in a speedy trial, and that this is an appropriate
3 exclusion of time for defense preparation within the meaning of 18 U.S.C.
4 § 3161(h)(7) [reasonable time to prepare] and Local Code T4.

Dated: March 4, 2013                Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender

Dated: March 4 2013                 BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for Nirav K. Desai
                                    _____
                                    NIRAV K. DESAI
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the guilty plea and sentencing on March 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4. For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 4, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2